```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

SHARON HALEY, guardian/parent
and next best friend of JEROME
DAVIS, a minor                                          PLAINTIFF

VERSUS                         CIVIL ACTION NO. 5:05cv113-DCB-JCS

FORD MOTOR COMPANY                                      DEFENDANT


## ORDER OF REMAND

This cause having come before the Court on the plaintiff's Motion to Remand [**docket entry no. 5**], and the Court having granted the motion in an order; accordingly,

IT IS HEREBY ORDERED that this action is **REMANDED** to the Circuit Court of Jefferson County, Mississippi.

SO ORDERED, this the 28th day of February, 2006.


                              S/DAVID BRAMLETTE
                              UNITED STATES DISTRICT JUDGE